**MAKLER & BAKER LLP**
TERRY L. BAKER  (SBN 214365)
226 E. Canon Perdido Street, Suite J
Santa Barbara, CA 93101
Tel:    (805) 965-4651
Fax:    (805) 965-4671

Attorneys for Plaintiff
MARK HOUSTON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| MARK HOUSTON, | Case No. 08-01507 JW |
|---|---|
| Plaintiff, | **CERTIFICATION OF NO INTERESTED PARTIES** |
| vs. | |
| GUARANTY RV, INC., | |
| Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:        June 18, 2008            MAKLER & BAKER LLP

/s/ Terry L. Baker
TERRY L. BAKER
Attorneys for plaintiff