# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MARK HOUSTON,

                              CASE NO. 08-01507 JW

                Plaintiff(s),

        v.                    NOTICE OF NEED FOR ADR PHONE
                              CONFERENCE

GUARANTY RV, INC.,

                Defendant(s).
_____/


Counsel report that they have met and conferred regarding ADR and that they:

✓       have not yet reached an agreement to an ADR process
        request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference June 30, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|-------------------|-----------|----------------|
| Brady D. McLeod | Defendant Guaranty RV, Inc. | (916) 973-9674 | brady@milesfirm.com |
| Terry L. Baker | Plaintiff Mark Houston | (805) 965-4651 | tbaker@consumerlawgroup.net |



*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 6/17/2008                          /s/ Terry L. Baker
                                          Attorney for Plaintiff

Dated: 6/17/2008                          /s/ Brady D. McLeod
                                          Attorney for Defendant

Rev 12.05   When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."