Lawrence W. Miles, Jr.,( #95522)
larry@milesfirm.com
Brady D. McLeod (#205273)
brady@milesfirm.com
**THE MILES LAW FIRM**
3838 Watt Avenue, Suite C-301
Sacramento, CA. 95821
916-973-9674
Fax 916-973-9684

Attorney for Defendant
GUARANTY RV, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MARK HOUSTON,<br><br>           Plaintiff,<br><br>vs.<br><br>GUARANTY RV., INC., a corporation,<br><br>           Defendant. | Case No. 5:08-CV-01507-JW<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT GUARANTY RV, INC. |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 18, 2008          Respectfully Submitted,
                              **THE MILES LAW FIRM**

                              /s /  Brady D. McLeod
                              Brady D. McLeod
                              Attorneys for Defendant
                              Guaranty RV, Inc.

---

CERTIFICATION                                           1
INTERESTED ENTITIES OR PERSONS
MARK HOUSTON V. GUARANTY RV, INC.
Case No.: 5:08-CV-01507-JW