**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____
www.cand.uscourts.gov

Richard W. Wieking                                                        General Court Number
Clerk                                                                            408.535.5364


**June 24, 2008**

**CASE NUMBER:  CV 08-01507 JW**
**CASE TITLE:  MARK HOUSTON-v-GUARANTY RV, INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case reassigned

to the **Honorable Richard Seeborg** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RS** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 06/24/08


FOR THE EXECUTIVE COMMITTEE:

_____
                                            Clerk



NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 06/24/08 tsh


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                 Transferor CSA