**United States District Court**
For the Northern District of California

***E-FILED 7/7/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HOUSTON, | No. C 08-01507 RS |
| Plaintiff, | |
| v. | **ORDER REFERRING CASE FOR RELATED CASE DETERMINATION** |
| GUARANTY RV, INC., | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), this action is hereby referred to the judge presiding in *Mark Houston v. Country Coach, Inc.*, No. C 07-00859 HRL, for a determination as to whether this action is related thereto within the meaning of Rule 3-12.

IT IS SO ORDERED.

Dated: July 7, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Terry L. Baker    tbaker@consumerlawgroup.net

Brady D. McLeod    brady@milesfirm.com

Dated: July 7, 2008

                                         /s/ BAK
                                         Chambers of Magistrate Judge Richard Seeborg