***E-FILED 7/7/08*** 

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HOUSTON,<br><br>    Plaintiff,<br><br>  v.<br><br>GUARANTY RV, INC.,<br><br>    Defendant.<br>_____/ | No. C 08-01507 RS<br><br><br>**ORDER REFERRING CASE**<br>**FOR RELATED CASE DETERMINATION** |

    Pursuant to Civil Local Rule 3-12(c), this action is hereby referred to the judge presiding in *Mark Houston v. Country Coach, Inc.*, No. C 07-00859 HRL, for a determination as to whether this action is related thereto within the meaning of Rule 3-12.

    IT IS SO ORDERED.

Dated: July 7, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Terry L. Baker    tbaker@consumerlawgroup.net

Brady D. McLeod    brady@milesfirm.com

Dated: July 7, 2008

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg