**MAKLER & BAKER LLP**
TERRY L. BAKER   (SBN 214365)
226 E. Canon Perdido Street, Suite J
Santa Barbara, CA 93101
Tel:    (805) 965-4651
Fax:    (805) 965-4671

Attorneys for Plaintiff
MARK HOUSTON

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HOUSTON, | Case No.: C08 01507 JW |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AND ORDER THEREON** |
| GUARANTY RV, INC. | |
| Defendant. | |

It is hereby stipulated, by and between plaintiff, Mark Houston, and defendant, Guaranty RV, Inc., by and through their respective counsel of record, that based on the settlement that the parties have entered into, the above-captioned matter be dismissed, with prejudice, pursuant to FRCP Rule 41(a)(1).

Dated:        November 6, 2008        MAKLER & BAKER LLP

/s/ Terry L. Baker
TERRY L. BAKER
Attorneys for Plaintiff

1

1   Dated:          November 6, 2008          THE MILES LAW FIRM

2

3

4                                             /s/ Brady D. McLeod
                                              BRADY D. MCLEOD
5                                             Attorney for Guaranty RV, Inc.

6                                             **ORDER**

7

8          The parties having stipulated and good cause appearing therefor,

9          IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed, with

10  prejudice.

11

12  Dated:___11/12/08_____          _____

13                                      Hon. HOWARD R. LLOYD
                                        UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

_____
**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AND ORDER THEREON**